IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TONI A. MEDAWIS**,

      Plaintiff,

vs.                                                                                           No. 10-CV-402 JAP/RHS

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security,**

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED DISPOSITION

Plaintiff Toni A. Medawis filed a Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. 31). Defendant responded and noted that the "Court should direct payment" to Plaintiff (Doc. 32). The Magistrate Judge's Proposed Disposition Regarding Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412 (Doc. 34) also recommended that Plaintiff's motion be granted.

IT IS ORDERED that the Magistrate Judge's Proposed Disposition (Doc. 34) is adopted and that $6,280.36 must be paid to the Plaintiff.

_____
JAMES A. PARKER
UNITED STATES DISTRICT JUDGE